United States District Court
Central District of California
Eastern Division

| | |
|---|---|
| R.W. Shea, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>Sally Christina Murdica,,<br><br>      Defendant. | EDCV 15-2039-VAP (SPx)<br><br>**Order to Show Cause For Failure to Prosecute** |

  On January 8, 2016, the Clerk entered default against Defendant.  (Doc. No. 18.)  To date, Plaintiff has not filed its Motion for Default Judgment.  Accordingly, the Court ORDERS Plaintiff to show cause, in writing, not later than February 22, 2016, why this action should not be dismissed without prejudice for failure to prosecute.  Failure to file a response will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: 2/12/16

*[signature: Virginia A. Phillips]*

Virginia A. Phillips
United States District Judge